In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00405-CR

_____

**TONYA ANN VALLOT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. 17-26987**

**MEMORANDUM OPINION**

In an open plea, Tonya Ann Vallot pleaded guilty to felony driving while intoxicated.[1] The trial court found that the evidence substantiated Vallot's guilt and sentenced Vallot to ten years of confinement.

Vallot's appellate counsel filed an *Anders* brief that presents counsel's professional evaluation of the record and concludes that the appeal is frivolous. *See*

---

[1]The record reflects that Vallot pleaded "true" to two prior convictions for driving while intoxicated.

*Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On March 7, 2018, we granted an extension of time for Vallot to file a *pro se* brief. We received no response from Vallot. We have reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support the appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[2]

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on June 26, 2018
Opinion Delivered July 25, 2018
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.

---

[2] Vallot may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.